IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA CHEEK,

          Plaintiff,

v.

JEN BEEMAN, MENDOTA HOSPITAL,
CLAIR KRUEGER,
SARA CONKLIN-WEAVER,
GREG VANRIVBRECK and
HEATHER PAULUS,

          Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-527-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing his claims against Mendota Hospital and Greg Vanrivbreck; and

(2) granting Jen Beeman, Clair Krueger, Sara Conklin-Weaver and Heather Paulus's motion for summary judgment and dismissing this case.

/s/                                                                                 12/17/2014
Peter Oppeneer, Clerk of Court                            Date